UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN M. THOMSON, | Case No. 3:18-cv-00051-RCJ-WGC |
| Plaintiff | ORDER |
| v. | |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants | |

## I.   DISCUSSION

Plaintiff seeks an extension of time to file his first amended complaint until March 29, 2019.  (ECF No. 5 at 1).  The Court grants the motion for extension of time. Plaintiff shall file his first amended complaint on or before Friday, March 29, 2019.  If Plaintiff fails to file a timely first amended complaint, this action shall proceed on the First Amendment retaliation claim against Defendants Dzurenda, Baker, and Carpentar only. (*See* ECF No. 3 at 7-8).

## II.   CONCLUSION

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 5) is granted.

It is further ordered that Plaintiff shall file his first amended complaint on or before Friday, March 29, 2019.

It is further ordered that, if Plaintiff fails to timely file his first amended complaint, this action shall proceed immediately on the First Amendment retaliation claim against Defendants Dzurenda, Baker, and Carpentar only.

DATED:  February 14, 2019.

William G. Cobb

UNITED STATES MAGISTRATE JUDGE