# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN M. THOMSON, | |
| Plaintiff, | Case No. 3:18-cv-00051-RCJ-WGC |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

It is hereby stipulation and agreed by and between Plaintiff, Shawn M. Thomson, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rost C. Olsen, Deputy Attorney General, that the above-captioned

///
///
///
///
///
///
///
///
///

matter is dismissed with prejudice, and each party will bear their own attorney fees and costs.

_____
Shawn M. Thomas, Plaintiff
*Pro Se*

Dated: 3·2·20

AARON D. FORD
Attorney General

By: _____
Rost C. Olsen, Bar No. 14410
Deputy Attorney General
Attorneys for Defendants

Dated: 3/5/2020

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED: March 5, 2020.

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 5th day of March, 2020, I caused to be served, a true and correct copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on the following:

Shawn M. Thomson #63712
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
lcclawlibrary@doc.nv.gov

/s/ Connie R. Swann
An employee of the
Office of the Attorney General